# Exhibit A

FILED
2024 OCT -3 PM 3: 17
CIRCUIT COURT OF OREGON
FOR LANE COUNTY
MC

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF _LANE_
**Small Claims Department**

Jamie John-crane, *illegible*

_____
Plaintiff

(Inmate SID #, if applicable, _____)

v.

MIDLAND CREDIT MANAGEMENT, INC

_____
Defendant
☐ Defendant is a public body

_Verified Correct Copy of Original 10/3/2024._

Case No: _24SC29800_

**SMALL CLAIM AND NOTICE OF SMALL CLAIM**
Filing fee at ORS 46.570

☐ Subject to UTCR 5.180(3)
☐ Subject to ORS 646.670(1) and UTCR 5.180(2)

**PLAINTIFF** (☐ Additional on attached page)

Jamie John-crane
Name

1292 High Street #1161
Street

Eugene OR 97401
City / State / Zip

jamiejohn87@gmail.com
Phone                                County

**DEFENDANT** (☒ Additional on attached page)

MIDLAND CREDIT MANAGEMENT, INC.
Name (enter Registered Agent, if necessary, on next page)

350 CAMINO DE LA REINA STE 300
Street (do not use a P.O Box)

SAN DIEGO, CA 92108
City / State / Zip

_____
Phone                                County

➢ I need an interpreter: ☐ Spanish ☐ ASL ☐ other: _____

I, Plaintiff, claim that on or about (date)_____, the above-named defendants owed me the sum of (or property valued at) $_____ because _____

See attached, Small Claim and notice of claim #A

_____

_____

_____

_____

_____

_____

_____, and this amount is still due.

I have paid (or will pay):
filing fees of $ 102⁰⁰

and service costs of $ 20⁰⁰

| Claim | $ 10,000⁰⁰ |
| + Fees | $ 102⁰⁰ |
| + Costs | $ 20⁰⁰ |
| TOTAL | $ 10,122⁰⁰ |

24SC29800
CM
Complaint
18457605

Small Claim and Notice of Small Claim
Page 1 of 3

**OJD OFFICIAL**

Exhibit A
Page 1 of 10

_Verified Correct Copy of Original 10/3/2024._

# DECLARATION OF GOOD FAITH EFFORT

I, Plaintiff, have made a good faith effort to collect this claim from the defendants before filing this claim with the court clerk.

(Describe your efforts): _I have attempted to communicate with the Company poor with no successful outcome._

If this case is subject to ORS 646A.670(1) _(see the box at the top of page 1)_
See the Oregon Judicial Department website for information about debt collection cases:
www.courts.oregon.gov/debtcollection.

☐ I have complied with ORS 646A.670(1) and UTCR 5.180. A completed _Consumer Debt Collection Disclosure Statement_ is attached and incorporated into this pleading as required by UTCR 5.180(2)(iii).

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use in court and I am subject to penalty for perjury.**

_10-1-24_
Date

_Jamie John-Crane_
By: _Jamie John-Crane_
Plaintiff Signature

_JAMIE JOHN-CRANE_
Plaintiff Name (print)

[Stamp: JAMIE CHRISTINA JOHN-CRANE]

**DEFENDANT'S REGISTERED AGENT:**

_CORPORATION SERVICE COMPANY_
Name

_1127 Broadway St. NE Ste 310_
Street (do not use a P.O. Box)

_Salem OR 97301_
City / State / Zip

_____        _MARION_
Phone                              County

Small Claim and Notice of Small Claim
Page 2 of 3

OJD OFFICIAL

_Verified Correct Copy of Original 10/3/2024._

# NOTICE TO DEFENDANT:
## READ THESE PAPERS CAREFULLY!

Within **14 DAYS*** after receiving this notice you **MUST** do **ONE** of the following things in writing:

- Pay the claim plus filing fees and service expenses paid by plaintiff (send payment directly to the plaintiff, not to the court) **OR**
- Demand a hearing and pay the fee required (below) **OR**
- Demand a jury trial and pay the fee required (below). This option is available **only** if amount claimed is more than $750.

If you fail to do one of the above within 14 DAYS* after you get this notice, the plaintiff may ask the court to enter a judgment against you. The judgment will be for the amount of the claim, plus filing fees and service costs paid by the plaintiff, plus a prevailing party fee. If you are not able to respond in time because you are in active military service of the United States, talk to a legal advisor about the Servicemembers Civil Relief Act.

**COURT NAME / ADDRESS / PHONE #**
>
>
>

**Defendant's Filing Fees** *(must be filled in by the PLAINTIFF)*:

(1) To demand a hearing if the amount claimed is $2,500 or less       $ _____
(2) To demand a hearing if the amount claimed is more than $2,500    $ _____
(3) To demand a jury trial (only if amount claimed is over $750)      $ _____

You can fill out and file your *Response* online at ~~~~~~~~~~~~~~~~~~~. If you have questions about filing procedures, go to ~~~~~~~~~~~~~~~~. Or you may contact the court clerk. The clerk *cannot* give you legal advice about the claim.

---

***NOTE:** If the plaintiff is an <u>adult in custody</u> (ORS 30.642) AND the defendant is a <u>government agency or other public body</u> (ORS 30.260), the defendant must respond within **30 days** after receiving this Notice.

Small Claim and Notice of Small Claim
Page 3 of 3

**OJD OFFICIAL**

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF LANE

SMALL CLAIMS DEPARTMENT

|  |  |
|---|---|
| Jamie John-Crane,<br><br>        Petitioner,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>        Defendant | Case No.:<br><br>SMALL CLAIM AND NOTICE OF CLAIM |

### PARTIES

1. Plaintiff - Jamie John-Crane, an individual, living woman, residing in Lane County, Oregon.
2. Defendant – MIDLAND CREDIT MANAGEMENT, INC. (hereinafter "Midland"), a collection agency, and debt buyer with it's principal place of business at 3111 Camino Del Rio North, Suite 103, San Diego, CA 92108.
   a. Midland is licensed in Oregon as a Debt Buyer (License 48533), and a Debt Buyer (License DB-105)
   b. Midland is an active business registered with the Oregon Secretary of State as a Foreign Business Corporation, Registry No. 624929-89. Their Registered Agent is Corporation Service Company, 1127 Broadway Street NE Ste 310, Salem, OR 97301.

### JURISDICTION

3. The court has jurisdiction over this matter and the venue in this court is proper as Plaintiff is a resident of Lane County, Oregon.

### FACTUAL BACKGROUND

4. On, April 22, 2024, Midland accessed Plaintiff's Trans Union personal consumer credit report without Plaintiff's consent or authorization (Exhibit 1)
5. On, June 4, 2024, and August 8, 2024, Midland accessed Plaintiff's Experian personal consumer credit report without Plaintiff's consent or authorization (Exhibit 2)
6. Any claims from Midland stating that there is an alleged debt owed to them by Plaintiff is heresy. Plaintiff disputes that any such debt exists, and if it did, Midland has not provided any proof that it is legally entitled to collect the debt.
   a. Any affidavits from Midland, its representatives, or attorneys attesting to an alleged debt is heresy.

-1-     Jamie John-Crane vs. MIDLAND CREDIT
                                         MANAGEMENT, INC.

7. There is no evidence to support that Plaintiff gave Midland any permissible purpose, authorization, or consent to access their private information via pulling their consumer credit profile.
8. On June 24, 2024, a representative of Midland responded to a CFPB complaint about the unauthorized credit inquiries and cease and desist request from the Plaintiff. The representative stated that they have marked the account as "Cease and Desist".
9. On August 8, 2024, Midland did a credit inquiry on Plaintiff's Experian personal consumer credit report. Per Edeh V. Midland Credit Mgmt., Inc., 748 F. Supp. 2d 1030 (D. Minn. 2010) the court ruled found that Midland's reporting of the debt to a credit agency after receiving a cease-and-desist letter violated the FDCPA, and the court held that this could be seen as an attempt to collect a debt.
    a. The fact that Midland pulled Plaintiff's personal consumer credit report AFTER acknowledging a cease and desist, and the account was marked as such constitutes communication.

## CAUSES OF ACTION

10. Plaintiff alleges violations under the Fair Credit Reporting Act (FCRA), including but not limited to 15 USC 1681(3), Agencies have no authority, in law, and have assumed a position of authority, in consumers personal affairs.
11. Under The Fair Credit Reporting Act (FCRA) - 15 USC 1681b, a credit inquiry can <u>only be made under certain conditions</u>, such as:
    a. Applying for credit or a loan
    b. You consented to the inquiry in connection with employment or other transactions
        i. Plaintiff never gave permission or consent in any form to Midland for them to access Plaintiff's personal consumer credit profile.
12. Under The Fair Credit Reporting Act (FCRA) – 15 USC 1681n, Civil liability for wrongful non-compliance
13. Under The Fair Credit Reporting Act (FCRA) - 15 us code 6802, Actions have led to defamation of character, violation of due process laws/trespass, emotional distress, and discriminatory denial of credit in violation, of the Equal opportunities credit act. Any and all reporting without my verification/validation, is thus hearsay, reporting of such tradelines, as if accurate, with no such evidence of, major violation of this states False claims act.
14. Accessing Plaintiff's information without consent is thus ultravires, criminal, RICO Crimes, Aggravated Identity Theft, seeking unjust enrichment.
15. By pulling Plaintiff's personal consumer credit report without a permissible purpose, Midland violated both the Fair Credit Reporting Act (FCRA) and the Fair Debt Collection Practices Act (FDCPA).
16. In Daugherty V. Convergent Outsourcing, Inc., 836 F.3d 507 (5th Cit. 2016), the Court held that collection agencies cannot attempt to collect time-barred debts in ways that mislead consumers. Here, Midland's unauthorized credit pull further compounds its improper conduct in attempting to collect an invalid or non-existent debt.
    a. This case also backs Plaintiff's claim of unauthorized inquiries can be seen as harassment and a violation of consumer rights under the Fair Debt Collection Practices Act (FCRA).
17. Plaintiff alleges defendant has violated numerous consumer privacy rights, causing damage of reputation in the business community, and actual damage denied extensions of credit from multiple lending institutions. Dodd Frank Act, Graham Leach Biley Act, Family Act, whereas giving no rise to a cause of action, all are instrumental in emphasizing, consumers right to privacy in their personal business transactions.

## PRAYER FOR RELIEF

18. As a result of Midland's unlawful actions, Plaintiff has suffered damages, including but not limited to, emotional distress, harm to credit score and reputation, trespass of personal property, and faced discrimination of denial of credit.
19. Plaintiff seeks statutory and actual damages of $10,000.00, plus court filing fees, and costs.

-2-

Jamie John-Crane vs. MIDLAND CREDIT MANAGEMENT, INC.

20. Such other and further relief as this court deems just and equitable.

Ss//: *Jamie John-Crane*
Jamie John-Crane, Attorney In Fact
Without Prejudice, UCC 1-308

*[Seal: JAMIE CHRISTINA JOHN-CRANE]*

-3-    Jamie John-Crane vs. MIDLAND CREDIT MANAGEMENT, INC.

4/23/24, 3:00 PM                           Select Information to Dispute<TransUnion Online Service Center

Name

Location                                    Requested On
PO BOX 45400                                04/10/2024
SALT LAKE CITY, UT 84145

Phone
(844) 627-2871

---

**SYNCB/YOUR CREDIT SCORE**

Location                                    Requested On
PO BOX 71757                                04/02/2024
PHILADELPHIA, PA 19176

Phone
(866) 396-8254

---

**SYNCB/SYNCB**

Location                                    Requested On
C/O PO BOX 965036                           03/28/2024
ORLANDO, FL 32896-5036

Phone
(866) 396-8254

---

**BARCLAYS BANK DELAWARE**

Location                                    Requested On
PO BOX 8803                                 03/22/2024
WILMINGTON, DE 19899

Phone
(888) 232-0780

---

**LENDING POINT, LLC**

Location                                    Requested On
1301 SHILOH RD NW                           06/13/2023
KENNESAW, GA 30144

Phone
(770) 876-4283

---

**JAMIE HUDSON via TRANSUNION INTERACTIVE**

Location                                    Requested On
100 CROSS STREET 202                        04/23/2024, 04/22/2024
SAN LUIS OBISPO, CA 93401

Phone
(844) 580-6816

---

**MIDLAND CREDIT MANAGEMENT**

EXHIBIT #1
1 of 2

Annotations: Verified Correct Copy of Original 10/3/2024

4/23/24, 3:00 PM                     Select Information to Dispute : TransUnion Online Service Center

Name

Location:                                         Requested On
320 EAST BIG BEAVER                               04/22/2024
SUITE 300
TROY, MI 48083

Phone
(877) 822-0381

----

JAMIE HUDSON via CREDITWISE CAPITAL1 TU-A

Location                                          Requested On
CAPITAL ONE N A                                   04/21/2024, 03/25/2024, 02/25/2024, 01/29/2024,
PO BOX 85870                                      12/31/2023, 12/04/2023, 11/10/2023, 10/13/2023,
RICHMOND, VA 23285                                09/15/2023, 08/18/2023, 07/21/2023, 06/24/2023,
                                                  05/26/2023 04/29/2023, 03/31/2023, 03/04/2023,
                                                  02/03/2023 01/07/2023, 12/31/2022 12/03/2022,
                                                  11/03/2022, 09/30/2022, 08/29/2022, 07/30/2022
                                                  06/30/2022, 06/01/2022, 05/17/2022

Phone
(877) 383-4802

----

JAMIE HUDSON via TRANSUNION INTERACTIVE

Location                                          Requested On
100 CROSS STREET 202                              04/21/2024, 03/13/2024 02/07/2024, 01/03/2024,
SAN LUIS OBISPO, CA 93401                         11/30/2023, 10/18/2023 09/16/2023 08/16/2023,
                                                  07/14/2023, 06/14/2023, 05/12/2023, 04/10/2023,
                                                  03/10/2023, 02/02/2023, 01/02/2023, 11/19/2022,
                                                  09/08/2022, 08/08/2022. 07/31/2022, 06/25/2022,
                                                  05/25/2022

Phone
(800) 493-2392

----

262484126 via CREDITWISE CAPITAL1 TU-B

Location                                          Requested On
CAPITAL ONE N A.                                  04/20/2024
PO BOX 85870
RICHMOND, VA 23285

Phone
(877) 383-4802

----

705141902 via TRANSUNION INTERACTIVE

EXHIBIT #1
2 of 2

9/30/24, 7:46 AM                                                                                    Experian

Verified Correct Copy of Original 10/3/2024_

07/23/2024,
06/23/2024,
05/23/2024,
04/23/2024,
03/20/2024,
02/20/2024,
01/20/2024,
12/20/2023 and
11/20/2023

535 ANTON
BLVD STE 100,
COSTA MESA CA
92626

7500 SECURITY
BLVD,
BALTIMORE MD
21244
(877) 267-2323

05/31/2024

5100 NE
DAWSON CREEK
DR,
HILLSBORO OR
97124

PO BOX 10437,
GREENVILLE SC
29603
(866) 464-0269

**ID ME INC**
Inquired on
12/13/2023

8281
GREENSBORO
DR STE 600,
TYSONS
CORNER VA
22102
(866) 775-4363

**JPMCB**
Inquired on
09/01/2024 and
03/01/2024

PO BOX 15298,
WILMINGTON DE
19850
(800) 432-3117

**JPMCB CARD**
Inquired on
01/09/2024

PO BOX 15298,
WILMINGTON DE
19850
(800) 432-3117

**JPMCB CCB**
Inquired on
03/12/2024

PO BOX 15298,
WILMINGTON DE
19850
(800) 935-9935

**JPMCB CJ**
Inquired on
09/30/2024,
09/27/2024,
09/13/2024,
09/01/2024,
08/15/2024,
08/04/2024,
08/03/2024,
07/27/2024,
07/14/2024,
07/05/2024,
07/04/2024,
07/01/2024,
06/28/2024,
06/22/2024,
06/16/2024,
06/14/2024,

**MIDLAND
CREDIT
MANAGEMENT**
Inquired on
08/08/2024 and
06/04/2024

320 E BIG
BEAVER RD STE
300,
TROY MI 48083
(844) 236-1959

**NAVY FEDERAL
CR UNION**
Inquired on
11/21/2023

820 FOLLIN LN
SE,
VIENNA VA
22180

**NAVY FEDERAL
CREDIT UNIO**
Inquired on
09/25/2024

820 FOLLIN LN
SE,
VIENNA VA
22180

EXHIBIT #2
1 of 1

6/10/24 8:16 AM                                                                 Complaint Detail

_Verified Correct Copy of Original 10/3/2024_

verification information provided by the seller meets the requirements of the FDCPA. The original contract, complete payment history, and a full set of billing statements are not required under the FDCPA. You question whether the account is collectible due to the expiration of the statute of limitations. A review of our records indicates that the statute of limitations will not expire until October 2027. However, please note that the passing of the statute of limitations does not extinguish the validity of a debt. Rather, it eliminates litigation as a potential remedy. The above-referenced account remains collectible, due, and owing. You express a concern that an inquiry has been placed on your Trans Union credit report. Please note that Midland Credit Management, Inc. purchases, and through us as its servicer, collects on portfolios of charged-off accounts, and uses proprietary data as well as authorized consumer-credit information provided by Trans Union in the determination of the value of potential investments. The Fair Credit Reporting Act ("FCRA") allows consumer-credit information to be provided for this purpose. Please note that a review of our business records indicates that we are not currently furnishing information for the above-referenced account to your consumer credit files and will continue not to report the account. You question whether we are licensed to conduct business in the State of Oregon. Please be assured that we are licensed and bonded in every state which requires such licensing and bonding for collection companies. Please contact your local state office for more information regarding licensing requirements. Please be advised that we must respectfully decline your request for compensation. <u>Per your concerns, the above-referenced account has been marked "Cease and Desist." While it remains due and owing, we will no longer contact you unless required by law.</u> Please be assured that we are a reputable company. We consider consumer complaints a serious matter, fully respect consumers' rights, and apologize for the inconvenience caused to you. Thank you again for

EXHIBIT 3
1 of 1